USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-21-11

TRACY JONG

LAW FIRM

November 21, 2011

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

VIA: US Mail
VIA: Fax to # 212-805-7949

Re: Slep-Tone Entertainment Corp v. Keats Karaoke
11 Civ. 4657(PKC)

Dear Honorable P. Kevin Castel,

We are in the process of being retained by Plaintiff in the above matter if the court allows our representation. It has come to our attention that the withdrawal of prior counsel Schmeiser, Olsen & Watts, LLP was less than amicable and the Plaintiff is now required to obtain counsel on short notice. As such, Tracy Jong Law Firm is willing and able to represent the plaintiff however neither attorney at our firm is currently admitted to practice in the Southern District of New York and respectfully request a grant of Pro Hac Vice status until full admittance could be completed.

Tracy P. Jong is admitted to practice in New York (Registration # 2604395, admitted 1994) and in the Western District of New York (admitted approx. 6 years). She is an attorney in good standing in all jurisdictions. Susan J. Michel is admitted to practice in New York (Registration # 4805446, admitted 3/2010), Massachusetts (status inactive, admitted 6/2010) and is currently in good standing in all jurisdictions.

Our firm is primarily an intellectual property firm. Mrs. Jong is a patent and trademark attorney admitted to practice before the United States Patent and Trademark Office ( admitted 9/2004) and Ms. Michel's expertise is on trademarks.

It is our understanding that a notice of appearance must be filed by November 28th and a pretrial conference is scheduled for November 30th at 2:00 pm. If the court grants Pro Hac Vice status we will immediately submit the Notice of Appearance. Additionally, if the court would graciously permit as a courtesy, we respectfully request to appear telephonically for this first appearance as it is extremely short notice involving

I will allow counsel's notice of appearance to be filed at the Nov 30 conference. Counsel should contact the Clerk's Office and prepare the necessary forms for admission including the sponsor affidavit. If this is done properly, I will administer the oath at the Nov 30 conference and waive the 14 day waiting period.

SO ORDERED
[signature]
USDJ
11-21-11

(585) 247-9170 • (585) 247-9171 fax • 2300 Buffalo Road, Building 100A • Rochester, NY 14624 • www.TracyJongLawFirm.com

a holiday weekend prior to the conference and arranging airline transportation from Rochester may be difficult. Should the court not permit telephonic conferencing, we will make appropriate arrangements. We'd appreciate notice of your decision as expeditiously as possible so we can appear timely before the extension expires.

Thank you for your courtesies and we hope to appear before your court next week in this matter.

Very Truly Yours,

Tracy P Jong

Tracy P. Jong
Tracy Jong Law Firm
2300 Buffalo Road
Building 100A
Rochester, NY 14624
Phone: 585-247-9170
Fax: 585-247-9171

Cc: Donna Boris
Boris & Associates
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Phone: 310-492-5962
Fax: 310-388-5920