USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-22-11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KEATS KARAOKE; ALEX NICHOLAS, SING SING; PLANET ROSE KARAOKE; JOHN O'REILLY; KARAOKE SHOUT; ALL GENERATION DJ.COM; PHIL; BIG CITY KARAOKE; BROOKE EDWARDS; PARTY FOR A LIFETIME; RYAN BROWN; SPOTLIGHT ENTERTAINMENT; ALDEN KARAOKE; JOHN ALDEN; SABRINA ASCH; RICK CONTI; ROCKIN' RUDY; ABSOLUTE ENTERTAINMENT; DJ BRAD; OKIE'S KARAOKE; THOMAS BRUNO; DIGITAL DIVA ENTERTAINMENT; TARA MICHANS; and DOES NOS. 1-20, INCLUSIVE, IDENTITIES UNKNOWN,<br><br>Defendants. | CIVIL ACTION FILE NUMBER:<br><br>1:11-CV- 04657-PKC<br><br>HONORABLE P. KEVIN CASTEL<br><br>NOTICE OF VOLUNTARY DISMISSAL PURUSANT TO F.R.C.P. 41(a)(1)(A)(i) |

SO ORDERED
[signature] USDJ
12-22-11

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Slep-Tone Entertainment Corporation and/or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) "All Generation DJ.com," "Absolute Entertainment," "Phil," "DJ Brad," "Okie's Karaoke," "Rockin' Rudy" and "Thomas Bruno."

December 13, 2011

/s/Susan J. Michel
Susan J. Michel, Esq.
Tracy Jong Law Firm, P.C.
2300 Buffalo Road, Building 100A
Rochester, New York 14624
Telephone: (585) 247-9170
Facsimile: (585) 247-9171

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF VOLUNTARY DISMISSAL is being served upon each of the Defendants on the date indicated below by depositing copies of same as First Class Mail, postage prepaid, in envelopes addressed as follows:

Richard Ebeling, Esq.
Richard C. Ebeling, P.C.
8 Woodridge
Putnam Valley, New York 10579

Noam Kritzer, Esq.
Bakos & Kritzer, LLP
27 Laurel Avenue
Summit, New Jersey 07921

Dated: December 13, 2011               /s/Susan J. Michel
                                        Susan J. Michel, Esq.
                                        *Attorney for the Plaintiff*
                                        Tracy Jong Law Firm, P.C.
                                        2300 Buffalo Road, Building 100A
                                        Rochester, NY 14624
                                        Telephone: (585) 247-9170
                                        Facsimile: (585) 247-9171
                                        Email: SMichel@TracyJongLawFirm.com