```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SLEP-TONE ENTERTAINMENT

                Plaintiff(s),

    - against -

KEATS KAROKE, et al.

               Defendant(s).

------------------------------------------------------------x

11 Civ. 4657 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

    As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By November 16, 2012, the parties shall submit Final Pretrial Submission which consist of Request to Charge, Voir Dire Requests, Verdict Sheet, Joint Pretrial Order and fully submitted in limine motions, if any.

2. By _____, 201_, _____ shall _____

3. By _____, 201_, _____ shall _____

4.

5.

6. The ~~next Case Management Conference~~ [~~the~~ Final Pretrial Conference] will be held on Nov. 29, 2012 at 12:00 ~~am~~/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York
10-16-12